**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Exaeris, Inc., | : | Case No. 07-10887 (KG) |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtor. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS (MODIFIED) |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned case:

1. **Accentia Pharmaceuticals,** Attn: Pamela Paschal, 324 S. Hyde Park Avenue, Suite 380, Tampa, FL 33606, Phone: (813) 864-2554 (ext.328); Fax: (813) 258-9612

2. **Ventiv Commercial Services, LLC,** Attn: Michael P. Ryan, 200 Cottontail Lane, Somerset, NJ 07090, Phone: (732) 537-4872; Fax: (732) 537-4903


KELLY BEAUDIN STAPLETON
United States Trustee, Region 3


  /s/ Richard L. Schepacarter
ANDREW R. VARA
ASSISTANT UNITED STATES TRUSTEE

DATED: December 6, 2007

Attorney assigned to this Case: Richard L. Schepacarter, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497  Debtors' Counsel: Michael Menkowitz, Esquire, Phone: (302) 571-6600, Fax: (302) 571-1253